No. 5,277.—JOHN McMANUS, RESPONDENT, *v.* BUTTE
ELECTRIC RY. CO. ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; W. E.
Carroll, Judge.*

Decided May 12, 1923.

PER CURIAM.—Respondent's motion to dismiss the appeal
from the judgment in the above-entitled action is sustained,
and the motion to dismiss the appeal from the order denying
a new trial is overruled.

*Mr. J. L. Templeman, Mr. Sydney Sanner* and *Mr. Fred J.
Furman,* for Appellants.

*Messrs. Walker & Walker* and *Mr. C. S. Wagner,* for Respondent.

---

No. 5,313.—STATE EX REL. OCCIDENT ELEVATOR CO.,
RELATOR, *v.* DISTRICT COURT OF THE SIXTH JUDI-
CIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided May 21, 1923.

PER CURIAM.—Relator's application for writ of super-
visory control is denied.

*Mr. Sterling M. Wood,* for Relator.